IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NAKIA PRICE<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 20–CV–00693–JPG |

## MEMORANDUM & ORDER

This matter comes before the Court on plaintiff's Motion to Voluntary Dismiss the Complaint (Doc. 13), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. The defendant has not served an answer or motion for summary judgment in this case. Because the plaintiff requested to dismiss this action with prejudice, the Court dismisses this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

Because the plaintiff has an absolute right to dismiss this case at the present time, the Court GRANTS plaintiff's motion to dismiss (Doc. 13) and finds this case is DISMISSED WITH PREJUDICE and DIRECTS the Clerk of Court to close the case.

**IT IS SO ORDERED.**
**Dated: July 12, 2022**

/s/  J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**